DAVID METZGER, Respondent, v. HARRISON C. GLORE, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, Merrell, Finch, McAvoy and Martin, JJ.

ISAIOU TRADING CORPORATION, Respondent, v. GREAT AMERICAN INSURANCE COMPANY OF NEW YORK, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, Merrell, Finch, McAvoy and Martin, JJ.; Merrell, J., dissents upon the ground that the action was not brought within one year from the date of the happening of the loss out of which plaintiff's claim arose, and that plaintiff's cause of action was limited by such provision of the policy.

HERMAN BERKOVITZ and Another, Copartners, etc., Appellants, v. BOWRING & COMPANY, Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, Merrell, Finch, McAvoy and Martin, JJ.

WILLIAM VOXMAN, Appellant, v. GENERAL MOTORS CORPORATION and Others, Respondents.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, Merrell, Finch, McAvoy and Martin, JJ.

ELTON CLARK and Others, as Trustees under a Declaration of Trust under the Name of BOSTON MEXICAN PETROLEUM, Trustees, etc., Appellants, v. JOHN H. KIRBY and Others, Respondents.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, Merrell, Finch, McAvoy and Martin, JJ.; Finch and Martin, JJ., dissent.

JENNIE BEACH GASPER, as Cotrustee, etc., v JAMES ALBERT WALES, as Cotrustee, etc., Impleaded, etc.— Motion denied, with ten dollars costs and stay vacated. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.

UNITED STATES TRUST COMPANY OF NEW YORK v. OLGA BAES and Another.— Preference granted for April 15, 1926. Present — Clarke, P. J., Dowling, Merrill, McAvoy and Martin, JJ.

AARON A. GOLDFIELD v. MAX LACHMAN and Others.— Motion granted on condition that the appeal be promptly prosecuted. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.

JESSIE L. LOUDERBACK v. THE BOARD OF EDUCATION OF THE CITY OF NEW YORK.— Preference granted for April 13, 1926. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.

LOUISE GLAUM, Appellant, v. ELLEN PRISCILLA INCE and Another, as Executors, etc., of THOMAS H. INCE, Deceased, Defendants. INGLE CARPENTER, as Executor, etc., Appearing Specially, etc., Respondent.— Orders affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.

EDGAR F. LUCKENBACH, Appellant, v. PARK LANE CORPORATION, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.; Clarke, P. J., dissents.